# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ALAN SLEEPING BEAR and BREANNE LEE WIEDER, <br><br> Defendants. | CR 19-138-BLG-SPW <br><br><br><br> ORDER |

Upon the United States' Unopposed Motion to Vacate Forfeiture Allegation (Doc. 36), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 10th day of March, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1